UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JESUS RAFAEL RIOS,**

  *Plaintiff*,

v.                                        Case No.  SA-25-CV-00106-JKP

**MICHELLE A. KING, ACTING
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION;**

  *Defendant*.

## FINAL JUDGMENT

The foregoing unopposed motion of the Commissioner having been considered:

IT IS ORDERED, ADJUDGED, AND DECREED this action is reversed and remanded to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is further ORDERED, ADJUDGED, and DECREED this case is closed.

SIGNED this 5th day of May, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE